IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Allen, Brenda J | Case Number: 04 B 21364 |
|---|---|---|
| | Allen, Varner L | Judge: Hollis, Pamela S |
| | Printed: 12/13/07 | Filed: 6/3/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: December 6, 2007
Confirmed: August 23, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 18,468.00 | |
| Secured: | | 8,720.35 |
| Unsecured: | | 8,806.83 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 940.82 |
| Other Funds: | | 0.00 |
| Totals: | 18,468.00 | 18,468.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Americredit Financial Ser Inc | Secured | 8,720.35 | 8,720.35 |
| 2. | Premier Bankcard | Unsecured | 96.15 | 235.35 |
| 3. | Premier Bankcard | Unsecured | 84.88 | 207.77 |
| 4. | First Consumers National Bank | Unsecured | 223.90 | 548.07 |
| 5. | Capital One | Unsecured | 156.60 | 0.00 |
| 6. | Jefferson Capital | Unsecured | 468.69 | 1,147.25 |
| 7. | Jefferson Capital | Unsecured | 220.17 | 538.93 |
| 8. | Capital One | Unsecured | 146.84 | 0.00 |
| 9. | Americredit Financial Ser Inc | Unsecured | 1,911.37 | 4,678.68 |
| 10. | ECast Settlement Corp | Unsecured | 434.51 | 1,063.58 |
| 11. | Capital One | Unsecured | 174.68 | 0.00 |
| 12. | Check N Go | Unsecured | 158.18 | 387.20 |
| 13. | ECast Settlement Corp | Unsecured | 267.15 | 0.00 |
| 14. | Fashion Bug | Unsecured | | No Claim Filed |
| 15. | American Airlines | Unsecured | | No Claim Filed |
| 16. | Americredit Financial Ser Inc | Unsecured | | No Claim Filed |
| 17. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 18. | National Quick Cash | Unsecured | | No Claim Filed |
| 19. | Fashion Bug | Unsecured | | No Claim Filed |
| 20. | Capital One | Unsecured | | No Claim Filed |
| 21. | Menards | Unsecured | | No Claim Filed |
| 22. | Telecheck | Unsecured | | No Claim Filed |
| 23. | National Quick Cash | Unsecured | | No Claim Filed |
| 24. | Premier Bankcard | Unsecured | | No Claim Filed |
| 25. | J C Penney Co Inc | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Allen, Brenda J
Allen, Varner L
Printed: 12/13/07

Case Number: 04 B 21364
Judge: Hollis, Pamela S
Filed: 6/3/04

| | | | | |
|---|---|---|---|---|
| 26. | First Premier | Unsecured | | No Claim Filed |
| 27. | J C Penney Co Inc | Unsecured | | No Claim Filed |
| 28. | Household Bank FSB | Unsecured | | No Claim Filed |
| 29. | Menards | Unsecured | | No Claim Filed |

$ 13,063.47          $ 17,527.18

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 116.37 |
| 4% | 34.88 |
| 3% | 25.89 |
| 5.5% | 146.14 |
| 5% | 342.58 |
| 4.8% | 147.75 |
| 5.4% | 127.21 |
| | $ 940.82 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

